McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

AUG 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 2:18-MJ-0155-EFB |
|---|---|
| v. | [PROPOSED] ORDER TO UN-SEAL AND TO FILE REDACTED COPY OF AFFIDAVIT |
| Fidel SANCHEZ–CRUZ, Abraham DE LOS SANTOS-SANCHEZ, Nancy EVELIN VILLENA-ARGUELLES, and Cornelio CARRAZCO-VALENCIA | |

The government's motion to unseal the above-referenced case, keep the affidavit sealed, and file a redacted copy of the sealed affidavit is GRANTED.

Dated: August 20, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge